# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

E-filing

ALATASI, ABDALHADI

v.

Michael Mukasey, U.S. Attorney General;
Micheal Chertoff, Secretary of Homeland
Security; et all

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**CV 08       1027  CRB**

TO: (Name and address of defendant)

Michael Mukasey
Attorney General of United States
950 Pennsylvania Ave, NW
Washington D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert Volz
Saad Ahmad & Associates
39159 Paseo Padre Pkwy, Ste 307
Fremont, CA 94538

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

FEB 2 0 2008
DATE

_____
(BY) DEPUTY CLERK

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐   Served Personally upon the Defendant. Place where served:

☐   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐   Returned unexecuted:

☐   Other *(specify):*

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  _____                _____
                            Date                                                         *Signature of Server*

                                                                               _____
                                                                               *Address of Server*

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

# United States District Court
NORTHERN DISTRICT OF CALIFORNIA

E-filing

ALATASI, ABDALHADI

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

Michael Mukasey, U.S. Attorney General;
Micheal Chertoff, Secretary of Homeland
Security; et all

TO: (Name and address of defendant)

Micheal Chertoff
Secretary of Homeland Security
Deptt. of Homeland Security
Washington D.C. 20528

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert Volz
Saad Ahmad & Associates
39159 Paseo Padre Pkwy, Ste 307
Fremont, CA 94538

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

FEB

DATE

(BY) DEPUTY CLERK

| **RETURN OF SERVICE** ||
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐     Served Personally upon the Defendant. Place where served:

☐     Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐     Returned unexecuted:

☐     Other *(specify):*

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____            _____
                Date                                                                 *Signature of Server*

                                                                                            *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

E-filing

ALATASI, ABDALHADI

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

Michael Mukasey, U.S. Attorney General;
Micheal Chertoff, Secretary of Homeland
Security; et all

TO: (Name and address of defendant)

Eduardo Agguirre
Director, US Citizenship and Immigration Services
425 I St.
Washington D.C. 20536

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert Volz
Saad Ahmad & Associates
39159 Paseo Padre Pkwy, Ste 307
Fremont, CA 94538

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Richard W. Wieking**
CLERK

.FEB 2 0 2008
DATE

_____
(BY) DEPUTY CLERK

# RETURN OF SERVICE

|  | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify)*:

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                    *Date*                                              *Signature of Server*

                                                            _____
                                                                  *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

# United States District Court
NORTHERN DISTRICT OF CALIFORNIA   E-filing

ALATASI, ABDALHADI

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

Michael Mukasey, U.S. Attorney General;
Michael Chertoff, Secretary of Homeland Security; et all

TO: (Name and address of defendant)

Michael Mueller, Director, FBI
J.Edgar Hoover Building
935 Pennsylvania Ave NW
Washington, DC 20535

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert Volz.
Saad Ahmad & Associates
39159 Paseo Padre Pkwy # 307
Fremont, CA 94538

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking                                             FEB 2 0 2008
CLERK                                                          DATE

_____
(BY) DEPUTY CLERK

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐     Served Personally upon the Defendant. Place where served:

☐     Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐     Returned unexecuted:

☐     Other *(specify):*

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                    Date

_____
Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

# United States District Court
NORTHERN DISTRICT OF CALIFORNIA

E-filing

ALATASI, ABDALHADI

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

Michael Mukasey, U.S. Attorney General;
Michael Chertoff, Secretary of Homeland
Security; et all

TO: (Name and address of defendant)

Christina Poulos
USCIS
Acting Director of California Service Center
24000 Avila Road
Laguna Niguel, CA 92677

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert Volz.
Saad Ahmad & Associates
39159 Paseo Padre Pkwy # 307
Fremont, CA 94538

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

FEB 2 0 2008
DATE

_____
(BY) DEPUTY CLERK

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER | TITLE |
| *Check one box below to indicate appropriate method of service* | |

☐  Served Personally upon the Defendant. Place where served:

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐  Returned unexecuted:

☐  Other *(specify):*

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                    Date                                                    Signature of Server

                                                                            _____
                                                                            Address of Server

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure