1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   MELANIE L. PROCTOR, CSBN 228971
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-6730
   FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12 ADBULHADI ALATASI,                  )
                                       ) No. C 08-1027 CRB
13                 Plaintiff,          )
                                       )
14          v.                         ) **STIPULATION TO EXTEND DATE OF**
                                       ) **CASE MANAGEMENT CONFERENCE;**
15 MICHAEL MUKASEY, Attorney General of the ) **AND [PROPOSED] ORDER**
   United States; MICHAEL CHERTOFF, Secretary)
16 of the Department of Homeland Security; )
   EDUARDO AGUIRRE, Director of United )
17 States Citizenship and Immigration Services; )
   MICHAEL MUELLER, Director of the    )
18 Federal Bureau of Investigations; CHRISTINA )
   POULOS, Acting Director of the California )
19 Service Center,                     )
                                       )
20                 Defendants.         )
                                       )
21

22     Plaintiff, by and through his attorney of record, and Defendants by and through their attorneys

23 of record, hereby stipulate, subject to the approval of the Court, to the following:

24     1. Plaintiff filed this action on or about February 20, 2008. Defendants' response is due on

25 May 9, 2008.

26     2. Pursuant to this Court's February 20, 2008 Order Setting the Case Management Conference,

27 the parties are required to file a joint case management statement on May 23, 2008, and attend a

28 case management conference on May 30, 2008.

Stipulation to Extend Dates
C08-1027 CRB                                    1

1. 3. In order to allow sufficient time for Defendants to consider an alternative resolution to this case and/or Answer and prepare a joint case management statement, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

Last day to file Defendants' Answer:     July 11, 2008

Last day to file Joint ADR Certification:     July 18, 2008

Last day to file/serve Joint Case Management Statement:     August 1, 2008

Case Management Conference:     August 15, 2008, at 8:30 a.m.

Date: May 9, 2008     Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
MELANIE L. PROCTOR[1]
Assistant United States Attorney
Attorneys for Defendants

_____/s/_____
Date: May 9, 2008     ROBERT L. VOLZ
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:  May 12, 2008



_____
CHARLES R. BREYER
United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Stipulation to Extend Dates
C08-1027 CRB     2