1 | JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
MELANIE L. PROCTOR, CSBN 228971
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-6730
FAX: (415) 436-6927

7 |
Attorneys for Defendants
8 |

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | SAN FRANCISCO DIVISION

12 | ADBULHADI ALATASI,                              )
                                                    ) No. C 08-1027 CRB
13 |                Plaintiff,                      )
                                                    )
14 |         v.                                     ) **STIPULATION TO DISMISS AND**
                                                    ) **[PROPOSED] ORDER**
15 | MICHAEL MUKASEY, Attorney General of the        )
United States; MICHAEL CHERTOFF, Secretary          )
16 | of the Department of Homeland Security;         )
EDUARDO AGUIRRE, Director of United                 )
17 | States Citizenship and Immigration Services;    )
MICHAEL MUELLER, Director of the                    )
18 | Federal Bureau of Investigations; CHRISTINA     )
POULOS, Acting Director of the California           )
19 | Service Center,                                 )
                                                    )
20 |                Defendants.                     )
                                                    )
21 |

22 | ///

23 | ///

24 | ///

25 | ///

26 | ///

27 | ///

28 | ///

STIPULATION TO DISMISS
C08-1027 CRB                                  1

1    Plaintiff brought this action to compel adjudication of his naturalization application. In light of
2  the fact Plaintiff has now been interviewed, the parties hereby stipulate to dismissal of this action.
3    The parties shall bear their own costs and fees.

4  Date: July 11, 2008                              Respectfully submitted,

5                                                   JOSEPH P. RUSSONIELLO
                                                    United States Attorney
6

7                                                          /s/
                                                    MELANIE L. PROCTOR[1]
8                                                   Assistant United States Attorney
                                                    Attorneys for Defendants
9

10

11 Date: July 11, 2008                                     /s/
                                                    ROBERT L. VOLZ
                                                    Attorney for Plaintiff
12

13                              **ORDER**

14    Pursuant to stipulation, IT IS SO ORDERED.

15
   Date:                                           _____
16                                                  CHARLES R. BREYER
                                                    United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATION TO DISMISS
C08-1027 CRB                                    2