| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332 |
| | United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143 |
| | Assistant United States Attorney |
| 3 | Chief, Civil Division |
| | MELANIE L. PROCTOR, CSBN 228971 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055 |
| | San Francisco, California 94102 |
| 6 | Telephone: (415) 436-6730 |
| | FAX: (415) 436-6927 |
| 7 | |
| | Attorneys for Defendants |
| 8 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| ADBULHADI ALATASI, | ) | |
| | ) | No. C 08-1027 CRB |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **STIPULATION TO DISMISS AND** |
| | ) | **[PROPOSED] ORDER** |
| MICHAEL MUKASEY, Attorney General of the | ) | |
| United States; MICHAEL CHERTOFF, Secretary | ) | |
| of the Department of Homeland Security; | ) | |
| EDUARDO AGUIRRE, Director of United | ) | |
| States Citizenship and Immigration Services; | ) | |
| MICHAEL MUELLER, Director of the | ) | |
| Federal Bureau of Investigations; CHRISTINA | ) | |
| POULOS, Acting Director of the California | ) | |
| Service Center, | ) | |
| | ) | |
| Defendants. | ) | |

///

///

///

///

///

///

///

STIPULATION TO DISMISS
C08-1027 CRB                                        1

1 | Plaintiff brought this action to compel adjudication of his naturalization application. In light of
2 | the fact Plaintiff has now been interviewed, the parties hereby stipulate to dismissal of this action.
3 | The parties shall bear their own costs and fees.

4 | Date: July 11, 2008       Respectfully submitted,

5 | JOSEPH P. RUSSONIELLO
United States Attorney

7 | _____/s/_____
MELANIE L. PROCTOR[1]
8 | Assistant United States Attorney
Attorneys for Defendants

11 | Date: July 11, 2008       _____/s/_____
ROBERT L. VOLZ
Attorney for Plaintiff

### ORDER

14 | Pursuant to stipulation, IT IS SO ORDERED.

16 | Date: July 21, 2008       _____
CHARLES R. BREYER
United States District Judge



---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATION TO DISMISS
C08-1027 CRB       2